UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Jose Velez,                          Plaintiff,          Case No. 15 cv 7441

-against-

NYPD Officer Michael O'Brien, Shield No. 2286   Defendants
of the 9th precinct, et al                      NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Ryan Michael Lozar_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RL0229   My State Bar Number is 4290144

I am,
[X] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME:    previously used home address
            FIRM ADDRESS:    with no firm name
            FIRM TELEPHONE NUMBER:
            FIRM FAX NUMBER:

NEW FIRM:   FIRM NAME:    Law Office of Ryan Lozar
            FIRM ADDRESS: 305 Broadway, 9th Floor, New York NY 10007
            FIRM TELEPHONE NUMBER: 310-867-1562
            FIRM FAX NUMBER: 1-877-666-4456

[X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 1/29/16                    _____/s/ Ryan Loz_____
                                  ATTORNEY'S SIGNATURE