UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOSE VELEZ,

                              Plaintiff,

        -against-

NYPD POLICE OFFICER MICHAEL O'BRIEN,
Shield No. 22886 of the 9th Precinct; NYPD
POLICE OFFICER PAUL JURGENS, Shield No.
23820; and JOHN DOE POLICE OFFICERS 1-10,

                              Defendants.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2016

15-CV-7441 (VEC)

NOTICE OF INITIAL
PRETRIAL CONFERENCE

VALERIE CAPRONI, United States District Judge:

       WHEREAS the Mediator has reported to the Court that the mediation in this case was unsuccessful in resolving any issue;

       IT IS HEREBY ORDERED that:

       1.     Counsel for all parties are directed to appear before the undersigned for an Initial Pretrial Conference ("IPTC") in accordance with Rule 16 of the Federal Rules of Civil Procedure on **Friday, August 12, 2016 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

       2.     Pursuant to section 1.C of the Court's Individual Practices in Civil Cases, requests for adjournment of the IPTC or any other conference must be made in writing at least 48 hours prior to the scheduled conference.  The request must state (1) the reason for the proposed adjournment; (2) the original date of the conference; (3) the number of previous requests for adjournment; (4) whether the other party or parties consent and, if not, the reason given for refusing consent; and (5) proposed alternative dates.  Parties may not request an adjournment of

the IPTC on the ground that one or more Defendants have not been served or answered prior to the scheduled IPTC.

3. The parties are directed to submit a joint letter no later than **August 5, 2016,** addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the basis for subject matter jurisdiction; and (4) the prospect for settlement.

4. The parties are directed to consult the undersigned's Individual Practices in Civil Cases and to confer on a Civil Case Management Plan and Scheduling Order. The Individual Practices and Civil Case Management Plan may be found on the Court's website: http://nysd.uscourts.gov/judges/Caproni. The parties must submit the jointly proposed Plan to the Court no later than **August 5, 2016.**

5. By the date of the IPTC, counsel for all parties are required to register as filing users in accordance with the Procedures of Electronic Case Filing and file a Notice of Appearance.

**SO ORDERED.**

Date: July 19, 2016  
New York, New York

**VALERIE CAPRONI**  
**United States District Judge**