USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
JOSE VELEZ,                                                    :
                                                               :
                                           Plaintiff,          :
                                                               :
               -against-                                       :     15-CV-7441 (VEC)
                                                               :
NYPD POLICE OFFICER MICHAEL O'BRIEN,                           :     ORDER
Shield No. 22886 of the 9th Precinct; NYPD                     :
POLICE OFFICER PAUL JURGENS, Shield No.                        :
23820; and JOHN DOE POLICE OFFICERS 1-10,                      :
                                                               :
                                           Defendants.         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on March 9, 2017, Defendants requested that discovery be re-opened for a limited purpose;

   WHEREAS on March 9, 2017, Plaintiff opposed Defendants' request;

   IT IS HEREBY ORDERED that Defendants' request is GRANTED and the following schedule shall apply in this matter:

   Expert discovery shall run from today through **April 7, 2017**. There will be no further extensions.

   The parties' motions to exclude expert testimony, if any, shall be due on **April 21, 2017**. Responses to motions to exclude expert testimony shall be due on **May 5, 2017**. Replies shall be due on **May 12, 2017**.

   Motions *in limine* shall be due on **May 8, 2017**. Responses to motions *in limine* shall be due on **May 15, 2017**. There shall be no replies.

   The parties' Joint Pretrial Order, including proposed voir dire questions and Requests to Charge shall be due on **May 15, 2017**. The parties are encouraged to carefully review Rule 6(A)

of the Court's Individual Practices in Civil Cases, which sets forth requirements for the parties' Joint Pretrial Order.

The Court shall hold a final pretrial conference at **3:00 p.m. on June 15, 2017**. Trial shall begin at **9:30 a.m. on June 19, 2017**.

**SO ORDERED.**

Date:   March 10, 2017
        New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**