UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

JOSE VELEZ,

                              Plaintiff,

            - against -

NYPD POLICE OFFICER MICHAEL O'BRIEN, Shield No. 22886 of the 9th Precinct, NYPD POLICE OFFICER PAUL JURGENS, Shield No. 23820, and JOHN DOE POLICE OFFICERS 1-5,

                              Defendants.

**NOTICE OF MOTION**

15-cv-7441 (VEC)

------------------------------------------------------------------------ X

       PLEASE TAKE NOTICE, that upon the annexed declaration of Matthew E. Stein, Esq., dated May 8, 2017, the exhibits thereto, the memorandum of law submitted herewith, and upon all prior pleadings and proceedings had herein, defendants O'Brien and Jurgens will move this Court, Valerie E. Caproni, at the Courthouse, 40 Foley Square, Manhattan, NY, on a date and time to be determined by the Court, for an order granting defendants' motion *in limine*, and for such other and further relief as the Court deems just and proper.

Dated:      New York, New York
              May 15, 2017

                                        ZACHARY W. CARTER
                                        Corporation Counsel of the City of New York
                                        *Attorney for Defendant City of New York*
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 356-2105

                            By:        /s/
                                        Matthew E. Stein, Esq.

<u>VIA ECF</u>
Ryan Lozar, Esq.
*Attorney for Plaintiff*
Law Office of Ryan Lozar
305 Broadway, 9th Floor
New York, NY 10007