UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JOSE VELEZ,                                           NOTICE OF MOTION
                                                     15 CV 7441 (VEC)
                       Plaintiff,

      -against-

NYPD POLICE OFFICER MICHAEL O'BRIEN,
Shield No. 22886, et al.,

                       Defendants.
-----------------------------------------------------------x

In the above-captioned Section 1983 action, Plaintiff Jose Velez alleges that Defendants used excessive force upon Mr. Velez on September 22, 2012. Plaintiff herein serves Notice of Motion to exclude the testimony of Defendants' noticed expert Ali M. Sadegh. Filed with this Notice of Motion is Plaintiff's Memorandum discussing facts and law relating thereto, as well as related Exhibits.

DATED:     April 21, 2017
           New York, New York

                                         _____
                                         Ryan Lozar
                                         305 Broadway, 10th Floor
                                         New York, New York 10007
                                         (310) 867-1562
                                         ryanlozar@gmail.com