UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
Jose Velez,

                           Plaintiff,          NOTICE OF MOTION IN LIMINE

      -against-                            No. 15 Civ. 7441 (VEC)

Michael O'Brien, et al.,

                           Defendants.

------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Ryan Lozar, dated May 8, 2017, and the exhibits annexed thereto, the accompanying memorandum of law, and upon all the previous pleadings and proceedings, Plaintiff Jose Velez will move this Court, at a date and time to be determined by the Court, for a pre-trial Order precluding Defendants from introducing or otherwise inquiring into certain evidentiary matters, and for all such other relief as this Court deems just and proper.

Date: New York, New York
       May 8, 2017

                                                                             Ryan Lozar, Attorney for Plaintiff Jose Velez
                                                                             The Law Office of Ryan Lozar, PC
                                                                             305 Broadway, 10th Floor
                                                                             New York, New York 10007
                                                                             (310) 867-1562
                                                                             ryanlozar@gmail.com