UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JOSE VELEZ,

                                        Plaintiff,    15-cv-7441 (VEC)

- against -                         **NOTICE OF MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR JOSE VELEZ**

NYPD POLICE OFFICER MICHAEL O'BRIEN, Shield No. 22886 of the 9th Precinct, NYPD POLICE OFFICER PAUL JURGENS, Shield No. 23820, and JOHN DOE POLICE OFFICERS 1-5,

                                      Defendants.
------------------------------------------------------------------ x

WHEREAS, Plaintiff Jose Velez, through Counsel, Ryan Lozar, hereby moves the Court to issue a writ of habeas corpus ad testificandum to procure his appearance at the jury trial presently scheduled to begin on July 17, 2017, in this Section 1983 litigation. In furtherance of this motion, Mr. Velez will separately file a declaration by his Counsel with a Proposed Writ.

Dated:      New York, NY
              May 23, 2017

                                            */s/ Ryan Lozar*

                                            RYAN LOZAR, Esq.
                                            Law Office of Ryan Lozar
                                            305 Broadway, 10th Floor
                                            New York, NY 10007
                                            (310) 867-1562
                                            ryanlozar@gmail.com