USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2017

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JOSE VELEZ,

                Plaintiff,                           15 CIVIL 7441 (VEC)

      -against-                                 JUDGMENT

NYPD POLICE OFFICER MICHAEL O'BRIEN,

Shield No. 22886 of the 9th Precinct, NYPD

POLICE OFFICER PAUL JURGENS, Shield No.

23820, and JOHN DOE POLICE OFFICERS 1-5,

                Defendants.

-----------------------------------------------------------X

       A Jury Trial before the Honorable Valerie Caproni, United States District Judge, having begun on November 1, 2017, and at the conclusion of the trial, on November 2, 2017, the jury having rendered a verdict in favor of the Defendants, it is,

       ORDERED, ADJUDGED AND DECREED:  That the Defendants have judgment as against the Plaintiff.

DATED:  New York, New York

           November 7, 2017

                                                                    RUBY J. KRAJICK

      So Ordered:                                          Clerk of Court

                                                        BY:

_____                         _____

U.S.D.J.                                                            Deputy Clerk